E-Filed: **8/26/09**
JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEMIRDJIAN, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> v. ) <br> WILLIAM SULLIVAN, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 04-8245-GHK (JTL) <br><br> **J U D G M E N T** |

   In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.


DATED:  8/26/09                                    _____
                                                   GEORGE H. KING
                                                   UNITED STATES DISTRICT JUDGE